UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 17-51223

v.                                              Honorable John Corbett O'Meara

WANDA SOLOMON WILSON,

    Defendant.
_____/

# ORDER DENYING
# DEFENDANT'S SEPTEMBER 1, 2017 MOTION TO EXPUNGE

This matter came before the court on Wanda Solomon Wilson's September 1, 2017 motion to expunge. The government filed a response December 14, 2017. No reply was filed, and no oral argument was heard.

Wanda Solomon has written to the court requesting that it expunge her 1971 conviction for a violation of 18 U.S.C. § 1952. Although she presents a compelling case, the court does not have jurisdiction to grant her request.

"Federal courts lack ancillary jurisdiction over motions for expungement based on purely equitable considerations, yet retain ancillary jurisdiction over motions challenging an unconstitutional conviction." United States v. Field, 756 F.3d 911, 916

(6th Cir. 2014). A "district court's ancillary jurisdiction is limited to expunging the record of an unlawful arrest or conviction, or to correcting a clerical error." Id.

In this case Wilson is not challenging an unlawful arrest or conviction, asking the court to correct a clerical error, or challenging the underlying criminal proceedings. Her request is based on equitable grounds. Accordingly, the court lacks jurisdiction to grant her motion.

## **ORDER**

It is hereby **ORDERED** that Wanda Solomon Wilson's September 1, 2017 motion to expunge is **DENIED.**

s/John Corbett O'Meara  
United States District Judge

Date: January 8, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 8, 2018, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager