UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 17-51223

v.                                                Honorable John Corbett O'Meara

WANDA SOLOMON WILSON,

    Defendant.
    _____/

# ORDER DENYING
# DEFENDANT'S FEBRUARY 21, 2018 MOTION

This matter came before the court on Wanda Solomon Wilson's February 21, 2018 motion, which the court will deem a motion for reconsideration of the court's January 8, 2018 order denying her motion to expunge. No response was filed, and no oral argument was heard.

Pursuant to Local Rule 7.1(h)(1), a motion for reconsideration must be filed within 14 days of the entry of the order seeking to be reconsidered. In this case defendant Wilson's motion is untimely, and the court must deny it.

Even if the motion had been filed in a timely manner, however, the court, as it determined in its previous order, *lacks jurisdiction* to grant her motion to expunge. It appears from her latest filing that Wilson believes giving the court more details

regarding her criminal case would lead the court to a different result. Again, however, the court does not have the *authority* to grant her order despite, as it stated in the January 8, 2018 order, her compelling circumstances.

**ORDER**

It is hereby **ORDERED** that Wanda Solomon Wilson's February 21, 2018 motion for reconsideration is **DENIED.**

s/John Corbett O'Meara  
United States District Judge

Date: March 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 19, 2018, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager